IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LLOYD GARRET, | No. CIV S-11-1778-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| K. HARRINGTON, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On September 2, 2011, the court issued an order requiring petitioner to resolve his fee status, as the court had not received a complete application for leave to proceed in forma pauperis or the appropriate filing fee.  In an apparent attempt to respond to that order, petitioner has filed a new application (Doc. 10).  However, petitioner resolved his fee status on September 26, 2011, by the submission of the appropriate filing fee.  His current application is therefore unnecessary at this time.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis (Doc. 10) is denied, without prejudice, as unnecessary based on the payment of the appropriate filing fee.

DATED: October 5, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE